

FILED
09 FEB 23 P 12: 30
RICHARD...
CLERK U.S...
NORTHERN D...
...KING
...COURT
...CALIFOR...

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

CV 09 80 034 MISC VRW

Richter Wong Kong - #96937

_____/

**ORDER TO SHOW CAUSE**

It appearing that Richter Wong Kong has been suspended for disciplinary reasons by the Supreme Court of California effective November 24, 2008.

**IT IS ORDERED**

That respondent show cause in writing on or before March 26, 2009 as to why he should not be suspended from the practice of law before this court, pending further notice from the State Bar of California.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Richter Wong Kong
Attorney At Law
388 9th Street, #250
Oakland, CA 94607