FILED

APR 08 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                    No CV-09-80034 MISC VRW

Richter Wong Kong,

    State Bar No 96937                ORDER
_____/

    On February 23, 2009, the court issued an order to show cause (OSC) why Richter Wong Kong should not be removed from the roll of attorneys authorized to practice law before this court, based upon a suspension by the Supreme Court of California for disciplinary reasons, effective November 24, 2008.

    The OSC was mailed to Mr Kong's address of record with the State Bar. No response to the OSC has been filed.

    The court now orders Richter Wong Kong removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

    IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the Matter of:

Richter Wong Kong,

    Plaintiff,

_____/

Case Number: CV09-80034 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 8, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richter Wong Kong
388 9th Streetm #250
Oakland, CA 94607

Dated: April 8, 2009

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*